First Circuit granted. *Mr. Philip N. Jones, Mr. Frank Antonsanti* and *Mr. Frederick S. Tyler* for petitioner. No brief filed for respondent.

No. 371. JAMES C. DAVIS, AGENT, *v.* MRS. MARY KENNEDY, ADMINISTRATRIX, ETC. October 8, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Tennessee granted. *Mr. Fitzgerald Hall* and *Mr. Frank Slemons* for petitioner. *Mr. F. M. Bass* and *Mr. W. E. Norvell, Jr.,* for respondent.

No. 392. ROBERT E. TOD, COMMISSIONER OF IMMIGRATION, *v.* SZEJUA WALDMAN ET AL. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Harry S. Ridgely* for petitioner. No brief filed for respondents.

No. 401. WESTINGHOUSE ELECTRIC & MANUFACTURING COMPANY *v.* FORMICA INSULATION COMPANY. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Drury W. Cooper* and *Mr. John C. Kerr* for petitioner. *Mr. John H. Lee* and *Mr. J. Edgar Bull* for respondent.

No. 415. UNITED STATES *v.* JAMES J. JOHNSTON. October 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States. *Mr. Thomas C. Bradley* for respondent.